**No. 39148.**—Protests 84538–G, etc., of Gimbel Bros. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39149.**—Protests 88520–G, etc., of Saks Co. (New York).

Opinion by TILSON, J.   From the record it was found that certain of the articles are in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230 or *Amberg* v. *United States* (T. D. 46204).   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39150.**—Protest 313619–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 4, 1938

**No. 39151.**—Protest 847687–G of Masterloom Products, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the cotton napkins in question do not contain any cotton having a staple of 1⅛ inches or more in length. The protest was therefore sustained.

**No. 39152.**—Protests 890053–G, etc., of O. Yoshizawa Co. (New York).

Opinion by KINCHELOE, J.   It was found that the articles were specially imported for use as sweats in the manufacture of hats, that they are substantially complete except for a process known as reeding, and that they are cut from woven cotton cloth.   On the authority of *Sand* v. *United States* (T. D. 49594) the claim at 37½ percent under paragraph 919 was sustained.

**No. 39153.**—Protests 929709–G, etc., of Swiss Trading Co. (New York).

Opinion by KINCHELOE, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.